THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES B. VREELAND, MORRIS MARKS, MARY O'BRIEN and BLANCHE S. MARCUS, Appellants.

(Argued March 23, 1934; decided April 17, 1934.)

*Martin E. Raphael* and *Irwin Isaacs* for Charles B. Vreeland et al., appellants.

*Martin E. Raphael* and *Charles H. Winokur* for Morris Marks et al., appellants.

*William Copeland Dodge*, District Attorney (*John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.